IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TODD LONG,

    Petitioner,                        No. CIV S-06-1263 MCE KJM P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.                    ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the violation of constitutional rights alleged in his habeas petition is proven, respondents will be directed to file a response to petitioner's habeas petition.

        The court notes that on June 9, 2006, petitioner filed a motion requesting that this action be stayed pending the exhaustion of state court remedies with respect to one of the claims identified in plaintiff's habeas petition. On December 8, 2006 petitioner informed the court that

he has now exhausted state court remedies. Therefore, the June 9, 2006 motion will be denied as moot.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted.

2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

6. Petitioner's June 9, 2006 motion for a stay is denied.

DATED: December 13, 2006.

_____
U.S. MAGISTRATE JUDGE

1/mp
long1263.100