IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TODD LONG,

    Petitioner,        No. CIV-S-06-1263 MCE KJM P

  vs.

D.K. SISTO, et al.,

    Respondents.      ORDER

_____/

    Respondents have requested an extension of time to file an answer. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' February 6, 2007 request for an extension of time is granted; and

    2. Respondents' April 12, 2007 answer is deemed timely. Petitioner's traverse shall be filed within thirty days.

DATED: April 24, 2007.

_____
U.S. MAGISTRATE JUDGE

1
long1263.111