IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TODD LONG,

    Petitioner,                  No. CIV S-06-1263 MCE KJM P

    vs.

D.K. SISTO, et al.,

    Respondents.          <u>ORDER</u>

                                     /

Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of April 25, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 9, 2007 application for an extension of time is granted; and

    2. Petitioner shall file and serve a traverse on or before June 15, 2007.

DATED: May 17, 2007.

                                                             U.S. MAGISTRATE JUDGE

/mp
long1263.111(2)