IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TODD LONG,

    Petitioner,               No. CIV S-06-1263 MCE KJM P

    vs.

D.K. SISTO, et al.,

    Respondents.          <u>ORDER</u>

                              /

        Petitioner has filed his second request for an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 18, 2007 request for an extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before July 16, 2007.

DATED: June 25, 2007.

                                                U.S. MAGISTRATE JUDGE

/mp
long1263.111sec