IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TODD LONG,

        Petitioner,               No. CIV-S-06-1263 MCE KJM P

   vs.

D.K. SISTO, et al.,

        Respondents.         <u>ORDER</u>

_____/

        Petitioner has filed his third request for an extension of time to file and serve his traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's July 17, 2007 request for an extension of time is granted; and

        2. Petitioner shall file and serve his traverse on or before August 17, 2007.

DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

/ke
long1263.111sec(2)