# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Todd Long, | CASE NO. CV 06-1263-GHK |
|     Petitioner, | |
| v. | Judgment |
| D. K. Sisto, | |
|     Respondent. | |

Pursuant to our April 10, 2009 Order denying Petitioner Michael Todd Long's Petition for Writ of Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **DENIED** with prejudice.

**IT IS SO ORDERED.**

DATED: April 10, 2009

                                            GEORGE H. KING
                                            United States District Judge[1]

---

[1] United States District Judge for the Central District of California sitting by designation.